**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI**

| | |
|---|---|
| **LARRY HOLDER,** *et al.*, : | |
| : | Case No. 1:20-cv-757 |
| Plaintiffs, : | |
| : | Judge Matthew W. McFarland |
| v. : | |
| : | |
| **A&L HOME CARE AND TRAINING CENTER, LLC, et al.,** : | |
| : | |
| Defendants. : | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

By agreement of Plaintiffs and Defendants, all claims against Defendants in the within action are hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Respectfully submitted,

| | |
|---|---|
| /s/ *Greg R. Mansell*_____ | /s/ *Gregory V. Mersol (via email authority)* |
| Greg R. Mansell (0085197) | M. Scott McIntyre (0075298) |
| *Greg@MansellLawLLC.com* | **BAKER & HOSTETLER LLP** |
| Rhiannon M. Herbert (0098737) | 312 Walnut Street, Suite 3200 |
| *Rhiannon@MansellLawLLC.com* | Cincinnati, Ohio 45202 |
| **MANSELL LAW, LLC** | Telephone: (513) 852-2622 |
| 1457 S. High Street | Facsimile: (513) 929-0303 |
| Columbus, Ohio 43207 | E-mail: smcintyre@bakerlaw.com |
| Telephone: (614) 796-4325 | |
| Facsimile: (614) 547-3614 | Gregory V. Mersol (0030838) |
| *Attorneys for Plaintiffs* | **BAKER & HOSTETLER LLP** |
| | Key Tower, Suite 2000 |
| | Cleveland, OH 44114 |
| | Telephone: (216) 861-7935 |
| | Facsimile: (216) 696-0740 |
| | E-Mail: gmersol@bakerlaw.com |
| | *Attorneys for Defendants* |

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of August 2024, a copy of the foregoing was filed electronically. Notice of the filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's ECF system.

/s/ <i>Greg R. Mansell</i><br>Greg R. Mansell (0085197)